IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-MJ-00049-WCM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| ROBERTO ROBLES RAMIREZ, | ) | |
| SAMUEL GONZALEZ DE LA CRUZ | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

This matter is before the Court *sua sponte*.

As of this date, Defendants have not been arrested and no recent activity has taken place in this case. Accordingly, the Court finds that the case should be administratively closed.

**IT IS, THEREFORE, ORDERED** that this case is administratively closed pending the apprehension or appearance of either Defendant.

Signed: November 15, 2022

W. Carleton Metcalf
United States Magistrate Judge